Alison R. Benedon
Liza M. Velazquez (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
abenedon@paulweiss.com
lvelazquez@paulweiss.com

*Attorneys for The New York Presbyterian Hospital s/h/a New York Presbyterian Hospital*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUIS J. DECOSMO<br><br>                    Plaintiff,<br><br>v.<br><br>NEW YORK PRESBYTERIAN HOSPITAL<br><br>                    Defendant. | No. 22-cv-7509<br><br>**NOTICE OF NEW YORK PRESBYTERIAN HOSPITAL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Judge Susan D. Wigenton<br><br>Motion Day: May 1, 2023 |

PLEASE TAKE NOTICE that Defendant The New York Presbyterian Hospital s/h/a New York Presbyterian Hospital, by its undersigned attorneys, shall move this Court, before the Honorable Susan D. Wigenton, at the Martin Luther King Building & U.S. Courthouse located at 50 Walnut Street, Room 5C, Newark, NJ 07101, for an order, pursuant to Federal Rules of Civil Procedures 12(b)(2) and 12(b)(6), dismissing Plaintiff's Complaint (Dkt. 1).

Dated: February 27, 2023	Respectfully submitted,

By:	*/s/ Alison R. Benedon*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alison R. Benedon
Liza M. Velazquez (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: 212-373-2009
abenedon@paulweiss.com
lvelazquez@paulweiss.com

*Attorneys for The New York Presbyterian Hospital s/h/a New York Presbyterian Hospital*