UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUIS J. DECOSMO<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK PRESBYTERIAN HOSPITAL<br><br>Defendant. | No. 22-cv-7509<br><br>**DECLARATION OF ALISON R. BENEDON** |

Alison R. Benedon, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an associate in the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Defendant The New York Presbyterian Hospital s/h/a New York Presbyterian Hospital ("NYPH") in the above-captioned action. I respectfully submit this Declaration in support of Defendant's motion to dismiss Plaintiff's Complaint.

2. Attached as Exhibit A is a true and correct copy of an August 30, 2021 email from NYPH to the Plaintiff referenced in paragraph 32 of the Complaint.

3. Attached as Exhibit B is a true and correct copy of the telecommuting agreement referenced in paragraph 36 of the Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on February 27, 2023 in New York, New York.

_____ */s/ Alison R. Benedon*

Alison R. Benedon