Liza M. Velazquez (*pro hac vice*)
Alison R. Benedon
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
lvelazquez@paulweiss.com
abenedon@paulweiss.com

*Attorneys for The New York Presbyterian Hospital s/h/a New York Presbyterian Hospital*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUIS J. DECOSMO<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NEW YORK PRESBYTERIAN HOSPITAL<br><br>　　　　　　　　　Defendant. | No. 22-cv-7509<br><br>**[PROPOSED] ORDER** |

THIS MATTER having been opened to the Court by the undersigned attorneys for Defendant The New York Presbyterian Hospital s/h/a New York Presbyterian Hospital ("NYPH") for an Order dismissing Plaintiff's Complaint, and the Court being satisfied that Plaintiff was served with a copy of the moving papers, and the Court having read and considered all papers submitted in support of and in opposition to this application,

2

IT IS on this _____ day of _____, 2023,

ORDERED that Defendant NYPH's Motion to Dismiss Plaintiff's Complaint is GRANTED.

_____
Honorable Susan D. Wigenton, U.S.D.J.

Doc#: US1:16892123v1