**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LOUIS J. DECOSMO<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NEW YORK PRESBYTERIAN HOSPITAL<br><br>　　　　　　　　　　Defendant. | **CERTIFICATE OF SERVICE** |

ALISON R. BENEDON, of full age, hereby certifies as follows:

1.　　I am admitted to the U.S. District Court for the District of New Jersey and a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendant New York Presbyterian Hospital in the above-captioned matter.

2.　　On February 27, 2023, I caused copies of the foregoing documents to be served on all counsel of record via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Alison R. Benedon*　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　Alison R. Benedon

Dated: February 27, 2023