UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUIS J. DECOSMO<br><br>Plaintiff,<br><br>- v. -<br><br>NEW YORK PRESBYTERIAN HOSPITAL<br><br>Defendant. | Case No. 22-cv-07509-SDW-JRA<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**WHEREAS**, on December 26, 2023, Plaintiff Louis J. DeCosmo filed a complaint (the "Complaint") against Defendant New York-Presbyterian Hospital s/h/a New York Presbyterian Hospital, ECF No. 1; and

**WHEREAS**, on February 27, 2023, Defendant filed a motion to dismiss the Complaint for failure to state a claim pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, ECF No. 7;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Complaint is voluntarily dismissed with prejudice with each side to bear its own costs and attorneys' fees.

Dated: May 11, 2023
New York, New York

By: /s/ John David Coyle

John David Coyle
Coyle & Morris LLP
201 Littleton Road, Suite 210
Morris Plains, NJ 07950
Phone: (973) 860-5520
Email: jcoyle@coylemorris.com

*Attorney for Plaintiff*

By: /s/

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Alison R. Benedon
Liza M. Velazquez *(pro hac vice)*
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
abenedon@paulweiss.com
lvelazquez@paulweiss.com

*Attorneys for Defendant*

2